# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**JOSHUA CHAD STICKEL,**

    **Plaintiff,**

v.                                             Civil Action No. 1:23-CV-84

**HARRISON COUNTY COMMISSION,**

    **Defendant.**

### AGREED DISMISSAL ORDER

This day came the Plaintiff, Joshua Chad Stickel, by and through his counsel, Sam H. Harrold, III, with the law firm of Mountain State Law, and the Defendant, Harrison County Commission, by and through its counsel Tiffany R. Durst, with the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and represent to the Court that all matters in controversy between the parties have been fully compromised, agreed, and settled. Plaintiff and Defendants, therefore, jointly move this Court to dismiss this action, with prejudice, and that each party bears responsibility for their own respective attorney fees and cost.

There being no objection, and the Court perceiving none, it is **ORDERED** that this action be and the same hereby is dismissed., with prejudice, with this matter to be stricken from the active docket of the Court,.

The Clerk is directed to transmit copies of this Order to counsel.

ENTER:   September 13, 2024

_____
**CHIEF JUDGE THOMAS S. KLEEH**
**NORTHERN DISTRICT OF WEST VIRGINIA**

PREPARED BY:

/s/ Sam H. Harrold, III

Sam H. Harrold, III, Esq. (WV State Bar #9064)
MOUNTAIN STATE LAW
P.O. Box 2330
Clarksburg, WV 26302
*Counsel for the Plaintiff*


AGREED TO BY:

/s/ Tiffany R. Durst

Tiffany R. Durst, Esq.
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508
*Counsel for Defendant*